IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:96CR154 |
| | ) | |
| v. | ) | |
| | ) | |
| EDUARDO AVALOS LUNA, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with the Memorandum and Order issued on this date:

IT IS ORDERED:

1. The Defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Filing No. 134) is denied;

2. The Defendant's Motion to preserve a Booker claim (Filing No. 133) is denied; and

3. The Clerk is directed to mail a copy of this Judgment to the defendant at his last known address.

DATED this 14th day of March, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge